UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

JEFFREY BURGESS,
        Petitioner,

v.                                                CIVIL ACTION NO.
                                                    09-40045-MBB

CAROLYN A. SABOL, Warden,
        Respondent.

## FINAL JUDGMENT

October 18, 2010

**BOWLER, U.S.M.J.**

    It is hereby Ordered and Adjudged that this action be **DISMISSED**.

                                              /s/ Marianne B. Bowler
                                              **MARIANNE B. BOWLER**
                                              United States Magistrate Judge